UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jonathan Moore | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:10CV1226(JGM) |
| Lloyd V. Barrett, Jr. Defendant. | : |

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before April 1, 2012.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before April 1, 2012.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at New Haven, Connecticut this 1st day of March 2012.

 /s/ Joan Glazer Margolis, USMJ
Joan Glazer Margolis
United State Magistrate Judge