UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jonathan Moore                              :
                                            :
        Plaintiff,                          :
                                            :
V.                                          :    CASE NO. 3:10CV1226(JGM)
                                            :
                                            :
                                            :
Lloyd V. Barrett, Jr.                       :
        Defendant.                          :

<u>ORDER</u>

        The parties have reported that this action has been settled in full.  Rather than

continue to keep the case open on the docket, the Clerk is directed to administratively

close the file without prejudice to reopening on or before <u>April 1, 2012</u>.

        If the parties wish to file a stipulation of dismissal (for approval by the court or simply

for inclusion in the court's file), they may do so on or before <u>April 1, 2012</u>.

        The dates set forth in this order may be extended for good cause pursuant to a

motion filed in accordance with Local Rule 7(b).

        So ordered.

        Dated at New Haven, Connecticut this 1st day of March 2012.


                                    /s/ Joan Glazer Margolis, USMJ
                                    Joan Glazer Margolis
                                    United State Magistrate Judge